IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD MESSINA, | ) |
| Plaintiff, | ) 2:09cv598 |
| | ) Electronic Filing |
| v. | ) |
| | ) Judge Cercone |
| | ) Magistrate Judge Lenihan |
| CLARION COUNTY CORRECTIONS, et al | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

AND NOW, this 6th day of July, 2010, after de novo review of the record and upon due consideration of [31] the magistrate judge's report and recommendation filed on April 12, 2010, and [34] plaintiff's objections thereto, **IT IS ORDERED** that [34] plaintiff's objections be, and the same hereby are, overruled and [18] the Defendants' Motion to Dismiss be, and the same hereby is, granted. The report and recommendation as augmented herein is adopted as the opinion of the court.

Plaintiff's objections are without merit and fail to address the principal reason why plaintiff is barred from proceeding with his claim against defendants: the filing of a state court action does not toll the statute of limitations for a case filed in federal court. See Falsetti v. Local Union No. 2026, United Mine Workers of America, 355 F.2d 658, 662 (3d Cir. 1966) (An action in state court does not toll the running of the statute of limitations against subsequent action in federal court.). Plaintiff's complaint facially demonstrates that his action is untimely as a matter of law.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure if he so desires.

s/ David Stewart Cercone
David Stewart Cercone
United States District Judge

cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Donald Messina
GG-0082
SCI Dallas
1000 Follies Road
Dallas, PA 18612-0286

Michael R. Lettrich, Esquire
Meyer Darragh Buckler Bebenek & Eck
Suite 4850, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219